**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6797**

———————

MELVIN WILLIAMS,

Petitioner - Appellant,

versus

UNITED STATES PAROLE COMMISSION; JOHNNY
HUGHES; SEWALL SMITH, Warden,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-03-
278-MJG)

———————

Submitted: August 28, 2003      Decided: September 8, 2003

———————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael E. Marr, Baltimore, Maryland, for Appellant. Thomas M.
DiBiagio, United States Attorney, James G. Warwick, Assistant
United States Attorney, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Melvin Williams, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. United States Parole Comm'n, No. CA-03-278-MJG (D. Md. entered Apr. 22, 2003; filed Apr. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED